# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CAMDEN BARLOW, | : | |
| --- | --- | --- |
| Plaintiff | : | |
| | : | No. 1:18-cv-1963 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN DAVID J. | : | |
| EBBERT, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 12th day of June 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss and/or motion for summary judgment (Doc. No. 15) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Warden David J. Ebbert, SIS Officer Buebendorf, and Officer/Counselor Tharp and against Plaintiff Camden Barlow; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge